## RICHARDS v. McMILLAN et al.

An appeal does not lie from an order refusing an injunction.

APPEAL from the District Court of the Twelfth Judicial District.

This was an appeal taken from the order refusing to grant an injunction in the foregoing case.

*John Reynolds* for Appellant.

*Williams, Shafter & Park* for Respondents.

The opinion of the Court was delivered by Mr. Justice HEYDEN-FELDT. Mr. Justice TERRY concurred.

An appeal does not lie from an order refusing an injunction. Appeal dismissed.